Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340,
Woodland Hills, CA 91367
Phone: (323) 306-4234
Fax: (866) 633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMIN BAE, individually, and on behalf of all others similarly situated, | Case No 2:23-cv-01290-GW-AFM |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| DELTA AIR LINES, INC.; and DOES 1-10, inclusive, | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this matter has been settled. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over these claims until fully resolved.

Dated: September 22, 2023            **Law Offices of Todd M. Friedman, P.C.**

By: /s/ *Todd M. Friedman*
Todd M. Friedman, Esq.
Attorneys for Plaintiff

NOTICE OF SETTLEMENT
-1-

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 22, 2023, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **NOTICE OF SETTLEMENT** on interested parties in said case as follows:

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on September 22, 2023, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
       Todd M. Friedman