UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1290-GW-AFMx | Date | September 25, 2023 |
|---|---|---|---|
| Title | *Sumin Bae v. Delta Air Lines, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 22, 2023, Plaintiff Sumin Bae filed a Notice of Settlement. The Court hereby vacates all currently set dates, and sets an order to show re: settlement hearing for November 20, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 16, 2023.

:

Initials of Preparer  JG