JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMIN BAE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC.; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.  CV 23-1290-GW-AFMx<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiff Sumin Bae, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

Dated this 16th day of November, 2023.

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

Order to Dismiss - 1